Sam RAICH, Petitioner, v. NORTHWESTERN JOBBERS' CREDIT BUREAU et al.

Circuit Court of Appeals, Eighth Circuit. March 9, 1927.

No. 311, Original.

Petition to Revise an Order of the District Court of the United States for the District of North Dakota.

J. K. Murray, of Mott, N. D., for petitioner.

Sullivan, Hanley & Sullivan, of Mandan, N. D., and Todd, Fosnes & Sterling, of St. Paul, Minn., for respondents.

PER CURIAM. Petition to revise dismissed, without costs to either party in this court, on application of petitioner.

———

R. BROWNSON & CO., Appellant, v. Walter H. DEUBENER.

Circuit Court of Appeals, Eighth Circuit. January 28, 1927.

No. 7585.

Appeal from the District Court of the United States for the District of Minnesota.
See, also, 20 F.(2d) 324.

H. S. Johnson, of St. Paul, Minn., and Frank P. Davis, of Chicago, Ill., for appellant.

A. C. Paul, of Minneapolis, Minn., and John R. Donohue, of St. Paul, Minn., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.

———

RED STAR SUPPLY COMPANY, Appellant, v. Pat MALLOY et al., Receivers, et al.

Circuit Court of Appeals, Eighth Circuit. February 17, 1927.

No. 7687.

Appeal from the District Court of the United States for the Eastern District of Oklahoma.

Rollin E. Gish, of Tulsa, Okl., for appellant.

E. M. Gallaher, of Tulsa, Okl., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

James A. REED, Charles L. McNary, William H. King, Robert M. Lafollette, Jr., Senators, Constituting a Special Committee of the United States Senate, Acting under the Authority of Senate Resolutions Nos. 195 and 324 of the Sixty-Ninth Congress, and Jerry C. South, Attorney and Representative of the said Special Committee of the United States Senate, Appointed and Acting Pursuant to Senate Resolutions Nos. 195 and 324 of the Sixty-Ninth Congress, Appellants, v. COUNTY COMMISSIONERS OF DELAWARE COUNTY, PA., the Prothonotary of Delaware County, and John J. Sailing, a Justice of the Peace in and for Delaware County, and All Other Justices of the Peace and Aldermen of Cities of Delaware County, Pennsylvania, Who Have Custody of Ballot Boxes Used at the General Election Held in Delaware County on November 2, 1926, Appellees.

Circuit Court of Appeals, Third Circuit. November 8, 1927.

No. 3684.

Appeal from the District Court of the United States for the Eastern District of Pennsylvania; J. Whitaker Thompson, Judge.

Affirming decree 21 F.(2d) 144.

Jerry C. South, of Washington, D. C., for appellants.

Albert J. Williams, of Media, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. And now, November 8, 1927, after argument and due consideration had, the decree below is affirmed, on the ground of the lack of jurisdiction in that court, as stated in its opinion.

———

Joe REED, Plaintiff in Error, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit. September 15, 1927.

No. 7964.

In Error to the District Court of the United States for the Western District of Oklahoma.

J. Q. A. Harrod, of Oklahoma City, Okl., for plaintiff in error.

Leslie E. Salter, Asst. U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, on motion of defendant in error, under rule 16.